

**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAY 1 6 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

___Kenneth   Brown_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

___State of Illinois_____

___Governor Rod Blagojevich___

___Judge Ronald Himel_____

___Kathy Twine_____

___ASA Maria Mc Carthy_____

___ASA Peggy Chiampus_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

Case No: **05C 2904**
(To be supplied by the <u>Clerk of this Court</u>)

**JUDGE CASTILLO**

**MAGISTRATE JUDGE NOLAN**

**CHECK ONE ONLY:**

_____     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
            **U.S. Code** (state, county, or municipal defendants)

__√__       COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
            **28 SECTION 1331(a) U.S. Code** (federal defendants)

_____     OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Revised 4/01

1

I. **Plaintiff(s):**

   A. Name: Kenneth Brown

   B. List all aliases: None

   C. Prisoner identification number: K-75200

   D. Place of present confinement: Lawrence Correctional Center

   E. Address: R.R.2 Box 31 Sumner, Ill. 62466

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Ronald Himel, ASA Peggy Chiampus, ASA Maria Mc Carthy

      Title: Judge, Assistant State Attorneys

      Place of Employment: 2650 S. California Chicago, Ill. 60608

   B. Defendant: Rod Blagojevich

      Title: Governor of Illinois

      Place of Employment: 207 State House Springfield, Ill. 62706

   C. Defendant: Kathy Twine

      Title: Chairman of Judicial Inquiry Board

      Place of Employment: 100 W. Randolph St. Suite 14-500 Chgo, Ill. 60601

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 4/01

2

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES ( * ) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( * ) NO ( )

C. If your answer is **YES**:

1. What steps did you take?
I wrote several letters to the Director of Illinois Department of Corrections Roger Walker and to Governor Rod Blagojevich informing them that my trial was fixed and there is negative DNA evidence to prove my innocence.
2. What was the result?
They both mentioned in a letter that they would have there administration to look into it. But they never did.

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

I informed every person that Governs the Illinois Department of Corrections regarding my illegal detainment, And no-one wants to abide by the U.S. Constitution.

D. If your answer is **NO**, explain why not:
N/A
N/A
N/A

Revised 4/01

3

E. Is the grievance procedure now completed? YES (*) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (*) NO ( )

G. If your answer is **YES**:

1. What steps did you take?

   As I stated on page 3 I wrote letters to Director Roger Walker of I.D.O.C. and to Governor Rod Blagojevich to let them know that negative DNA evidence was not introduced during trial. And this violated my right to a fair trial.

2. What was the result?

   They did nothing.

   N/A

   N/A

H. If your answer is **NO**, explain why not:

   N/A

   N/A

   N/A

   N/A

Revised 4/01

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

    A. Name of case and docket number: N/A
N/A

    B. Approximate date of filing lawsuit: N/A

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A
N/A
N/A
N/A

    D. List all defendants: N/A
N/A
N/A
N/A

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

    F. Name of judge to whom case was assigned: N/A
N/A

    G. Basic claim made: N/A
N/A
N/A

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A
N/A
N/A

    H. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

V. Statement of Claim:

Revised 4/01

5

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The Plaintiff was denied due process of Law.

The Plaintiff was denied equal protection of the Laws.

The Plaintiff did not receive a fair and impartial trial as guaranteed to him under Article 1, Section 2,6,8, and Fourteenth Amendment of the Constitution of the United States.

The Plaintiff filed several complaints on Judge Ronald Himel at the Judicial Inquiry Board because he ruled out the Negative DNA test that he ordered prior to my trial. Which resulted in me being wrongfully convicted. The complaints were filed prior,To,and after trial (May 18,1998-January 4,1999-April 7,1999-March 29,20-00-March 21,2001-May 8,2001-August 6,2002 and September 10,2002. Kathy Twine works at the Judicial Inquiry Board as the Chairman. She had knowledge of all my complaints but refused to do anything about this corrupt Judge until he was exposed in May of 2002 by his Superiors for anger Management Counseling. Judge Himel also appeared in the Chicago Tribune Newspaper for coaching Prosecutors in order for them to get rid of African American Jurors during jury selection. June 20,2002 Judge Himel was ordered to step down off the bench by the Judicial Inquiry Board due to his temper and performance on the bench. Assistant State Attorneys -

Maria Mc Carthy and Peggy Chiampus denied me due process by not allowing Negative DNA evidence to be introduced in my trial. Which resulted in me being wrongfully convicted. The State are not allowed to remove any evidence that is in favor to the plaintiff during trial without a jury finding and proven beyond a reasonable doubt. That ruling came down from the United States Supreme Court in December of 2004. The Negative DNA evidence in case number 97CR-13458 proved that I was in fact mistaken for someone else or framed by the Chicago Police Department(Area 5). I am asking this Court to Please review all police reports, Bulletins, etc. That the State had prior to my arrest(4-7-97). The Police Bulletins that I viewed in this case have a start date that the detectives were looking for several perpetrators in June of 1996. And the sketches shows that any Black Male could have been charged for this case. And as a result of the corruption in the State of Illinois legal system, I am being illegally detained at Lawrence Correctional Center, And being deprived of life, Liberty and equal protection of Laws. I would like this case to be reversed and remanded immediately. I am asking for punitive/Monetary damages in the amount of 10 Million Dollars.

## VI.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

"I would like to be released from prison immediately".

Revised 4/01            7

I hope and pray that your honors hold the State of Illinois

responsible for violating there oaths and the Constitution

of the United States of America Amen.

ET/AL

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __12__ day of __May__, 20__05__

__Kenneth Brown__
(Signature of plaintiff or plaintiffs)

Kenneth Brown
(Print name)

K-75200
(I.D. Number)
R.R.2 Box 31

Lawrence Correctional Center

Sumner, Ill. 62466
(Address)

Subscribed + Sworn to Before
me this 28th Day of April 2005
LeAnn L. Whittler
NOTARY public

"OFFICIAL SEAL"
LeANN L. WHITTLER
Notary Public, State of Illinois
My Commission Expires: 09/16/2006

8

STATE OF ILLINOIS
                        SS
COUNTY OF _____        IN THE

United States District Court
─────────────────────────────

Northern District of Illinois
─────────────────────────────

People of The State of Ill.    )
─────────────────────────       )
     Respondent                 )
                                )  CASE NO. _____
         vs                     )
Kenneth Brown                   )
─────────────────────────       )

## NOTICE OF FILING

TO: Michael Dobbins        TO: Kathy Twine         TO: _____
    Clerk of Court             Chairman J.I.B.         _____
    219 S. Dearborn            100 W. Randolph St.    _____
    Chicago, Ill. 60604        Chicago, Ill. 60601    _____
    1 Original & 6 copy        ___ copy(ies)          ___ copy(ies)

PLEASE TAKE NOTE that on the **12** day of **May A.D., 05**, I have filed, through the U.S. Mail, with the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

1) **1 Copy of Affidavit to Kathy Twine**
2) _____
3) _____
4) _____
5) _____
6) _____
7) _____
8) _____

## AFFIDAVIT OF SERVICE

I, **Kenneth Brown**, being first duly sworn on oath, deposes and avers that he/she has caused the above stated documents in the above stated amounts, to be served upon the above listed parties by placing the same in the U.S. MAIL BOX on Housing Unit # ___ located at **Lawrence** Correctional Center in **Sumner**, IL for delivery as 1st Class Mail.

s/s *Kenneth Brown*
NAME: Kenneth Brown
IDOC Reg. No. K-75200

Subscribed and sworn to before me this **28th** day of **April**, **2005**

*LeAnn L. Whittler*
NOTARY PUBLIC

Revised Jan 2002

"OFFICIAL SEAL"
LeANN L. WHITTLER
Notary Public, State of Illinois
My Commission Expires: 06/16/2005

To:Kathy Twine

## AFFIDAVIT

I, Kenneth Brown, AFTER BEING FIRST DULY SWORN UPON MY OATH, DEPOSE AND STATE AS FOLLOWS:

I wrote 8 letters prior,during,And after trial to Kathy Twine who is Chairman at the Judicial Inquiry Board. The letters were to inform her about the prejudice behavior that Judge Ronald Himel had towards me when he ruled out negative DNA evidence(97CR-13458) which caused me to be wrongfully convicted. Kathy Twine never did nothing about my complaints. But when Judge Himel appeared in the Newspaper in May of 2002 for temperment problems. That is when the Judicial Inquiry Board finally decided to investigate him. But I informed Kathy Twine about this unstable Judge for Four years and she never did anything about it. Kathy Twine response letters are dated May 18-1998/January 4,1999/April 7,1999/March 29,2000/March 21-2001/May 8,2001/August 6,2002/September 10,2002. I have no other recourse but to file a 1983 in the United States District Court for violating my 14th Amendment.

I FURTHER DECLARE THAT ALL STATEMENTS MADE HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 21st DAY OF April, 2005.

_Kenneth Brown_
AFFIANT

_LeAnn L. Whittler_
NOTARY PUBLIC

**OFFICIAL SEAL**
LeANN L. WHITTLER
Notary Public, State of Illinois
My Commission Expires: 09/16/2005

STATE OF ILLINOIS
COUNTY OF _____ ss

IN THE

United States District Court

Northern District of Illinois

People of The State of Ill. )
    Respondent )
     ) CASE NO. _____
    vs )
Kenneth Brown )

## NOTICE OF FILING

TO: Michael Dobbins    TO: Judge/Ronald Himel    TO: _____
    Clerk Of Court      2650 S. California
    219 S. Dearborn St.      Chicago, Ill. 60608
    Chicago, Ill. 60604
1 Original & 6 copy      ____copy(ies)      ____copy(ies)

PLEASE TAKE NOTE that on the 12 day of May 20, 05, I have filed, through the U.S. Mail, with the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

1) 1 Copy of Affidavit to Chief Justice
2) Regarding Judge Ronald Himel
3)
4)
5)
6)
7)
8)

## AFFIDAVIT OF SERVICE

I, Kenneth Brown, being first duly sworn on oath, deposes and avers that he/she has caused the above stated documents in the above stated amounts, to be served upon the above listed parties by placing the same in the U.S. MAIL BOX on Housing Unit # ____ located at Lawrence Correctional Center in Sumner, IL for delivery as 1st Class Mail.

s/s Kenneth Brown
NAME: Kenneth Brown
IDOC Reg. No. K-75200

Subscribed and sworn to before me this 28th day of April, 2005.

_____
NOTARY PUBLIC

Revised Jan 2002

"OFFICIAL SEAL"
LeANN L. WHITTLER
Notary Public, State of Illinois
My Commission Expires 08/16/2005

COUNTY OF LAWRENCE)

To: Chief Justice
Timothy Evans

## AFFIDAVIT

I, Kenneth Brown, AFTER BEING FIRST DULY SWORN UPON MY OATH, DEPOSE AND STATE AS FOLLOWS:

I am writing to inform you that Judge Ronald Himel violated my right to a fair and impartial trial when he intentionally ruled out negative DNA evidence(97CR-13458) that clearly shows that I was in fact mistaken for someone else. This unprofessionalism took place prior and during my trial.

This is a clear violation of the 14th Amendment. And I have no other recourse but to file a 1983 in the United States District Court for a violation of my 14th Amendment Constitutional Rights.

I FURTHER DECLARE THAT ALL STATEMENTS MADE HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 21ST DAY OF April, 2005.

Kenneth Brown
AFFIANT

OFFICIAL SEAL
LeANN L. WHITTLER
Notary Public, State of Illinois
My Commission Expires: 08/16/2005

STATE OF ILLINOIS
COUNTY OF _____ SS

IN THE

United States District Court

Northern District of Illinois

| | |
|---|---|
| People of The State of Ill. ) <br>     Respondent ) <br> ) <br>     vs ) <br> Kenneth Brown ) | CASE NO. _____ |

## NOTICE OF FILING

TO: Michael Dobbins
Clerk of Court
219 S.Dearborn St.
Chicago,Ill.60604
1 Original & 6 copy

TO: Maria Mc Carthy
Asst.State Attorney
2650 S.California
Chicago,Ill.60608
____ copy(ies)

TO: _____
_____
_____
_____
____ copy(ies)

PLEASE TAKE NOTE that on the 12 day of May 20, 05, I have filed, through the U.S. Mail, with the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

1) 1 Copy of Affidavit to Maria McCarthy
2) _____
3) _____
4) _____
5) _____
6) _____
7) _____
8) _____

## AFFIDAVIT OF SERVICE

I, Kenneth Brown, being first duly sworn on oath, deposes and avers that he/she has caused the above stated documents in the above stated amounts, to be served upon the above listed parties by placing the same in the U.S. MAIL BOX on Housing Unit # ____ located at Lawrence Correctional Center in Sumner, IL for delivery as 1st Class Mail.

s/s Kenneth Brown
NAME: Kenneth Brown
IDOC Reg. No. K-75200

Subscribed and sworn to before me this 28TH day of April, 2005

_____
NOTARY PUBLIC

Revised Jan 2002

"OFFICIAL SEAL"
LeANN L. WHITTLER
Notary Public, State of Illinois
My Commission Expires: 09/16/2005

(COUNTY OF LAWRENCE)

To: Maria Mc Carthy

## AFFIDAVIT

I, Kenneth Brown, AFTER BEING FIRST DULY SWORN UPON MY OATH, DEPOSE AND STATE AS FOLLOWS:

The Assistant States Attorney Maria Mc Carthy intentionally withheld negative DNA evidenc(97CR-13458)during my trial which caused me to be wrongfully convicted. And for this unprofessionalism my 5th,6th,and 8th Amendment Constitutional Rights were violated.

I have no other recourse but to file a 1983 in the United States District Court for violations of my 5th,6th,and 8th Amendment Constitutional Rights.

I FURTHER DECLARE THAT ALL STATEMENTS MADE HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 21st DAY OF April, 2005.

_Kenneth Brown_
AFFIANT

_LeAnn L. Whittler_
NOTARY PUBLIC

"OFFICIAL SEAL"
LeANN L. WHITTLER
Notary Public, State of Illinois
My Commission Expires: 09/16/2005

STATE OF ILLINOIS

COUNTY OF _____ SS

IN THE

United States District Court

Northern District of Illinois

| People of State of Ill. | ) |
|---|---|
| Respondent | ) |
| | ) CASE NO. _____ |
| vs | ) |
| Kenneth Brown | ) |

## NOTICE OF FILING

TO: Michael Dobbins
Clerk of Court
219 S. Dearborn St.
Chicago, Ill. 60604
1 Original & 6 copy

TO: Rod Blagojevich
Governor of Ill.
207 State House
Springfield, Ill. 62706
____ copy(ies)

TO: _____
_____
_____
_____
____ copy(ies)

PLEASE TAKE NOTE that on the 12 day of May 20, 05, I have filed, through the U.S. Mail, with the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

1) 1 Copy of Affidavit to Rod Blagojevich
2) _____
3) _____
4) _____
5) _____
6) _____
7) _____
8) _____

## AFFIDAVIT OF SERVICE

I, Kenneth Brown, being first duly sworn on oath, deposes and avers that he/she has caused the above stated documents in the above stated amounts, to be served upon the above listed parties by placing the same in the U.S. MAIL BOX on Housing Unit # ___ located at Lawrence Correctional Center in Sumner, IL for delivery as 1st Class Mail.

s/s Kenneth Brown
NAME: Kenneth Brown
IDOC Reg. No. K-75200

Subscribed and sworn to before me this 28th day of April, 2005.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
LeANN L. WHITTLER
Notary Public, State of Illinois
My Commission Expires: 09/16/2005

Revised Jan 2002

COUNTY OF LAWRENCE)

To: Governor Rod Blagojevich

## AFFIDAVIT

I, Kenneth Brown, AFTER BEING FIRST DULY SWORN UPON MY OATH, DEPOSE AND STATE AS FOLLOWS:

The current Governor Rod Blagojevich and former Governor George Ryan have both illegally detained me in the Illinois Department of Corrections. I wrote letters to both Governors informing them that Judge Ronald Himel denied me my right to a fair and impartial trial by ruling out negative DNA evidence(97CR-13458) that shows I was in fact mistaken for someone else. But both Governors refused to do anything about the situation. The most recent letter that I received from Governor Blagojevich is February 7-2003. Which he stated that he will have his Administration to review my letter and determine the appropiate action. But I never heard from him or anyone from his office since February 7, 2003.

I have no other recourse but to file a 1983 in the United States District Court for violation of the 14th Amendment Constitutional Rights.

I FURTHER DECLARE THAT ALL STATEMENTS MADE HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 21st DAY OF April, 2005.

_Kenneth Brown_
AFFIANT

_LeAnn L. Whittler_
NOTARY PUBLIC

"OFFICIAL SEAL"
LeANN L. WHITTLER
Notary Public, State of Illinois
My Commission Expires: 09/16/2006

STATE OF ILLINOIS

COUNTY OF _____ SS

IN THE

United States District Court

Northern District of Illinois

People of The State of Ill. )
    Respondent )
                          ) CASE NO. _____
    vs )
Kenneth Brown )

## NOTICE OF FILING

TO: Michael Dobbins    TO: Peggy Chiampus    TO: _____
Clerk Of Court        Asst. State Attorney
219 S. Dearborn St.   2650 S. California
Chicago, Ill. 60604   Chicago, Ill. 60608
1 Original & _6_ copy    ____ copy(ies)      ____ copy(ies)

PLEASE TAKE NOTE that on the _12_ day of _May 20, 05_, I have filed, through the U.S. Mail, with the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

1) _1 copy of Affidavit to Peggy Chiampus_
2) _____
3) _____
4) _____
5) _____
6) _____
7) _____
8) _____

## AFFIDAVIT OF SERVICE

I, Kenneth Brown, being first duly sworn on oath, deposes and avers that he/she has caused the above stated documents in the above stated amounts, to be served upon the above listed parties by placing the same in the U.S. MAIL BOX on Housing Unit # ____ located at _Lawrence_ Correctional Center in _Sumner_, IL for delivery as 1st Class Mail.

s/s _Kenneth Brown_
NAME: Kenneth Brown
IDOC Reg. No. _K-75200_

Subscribed and sworn to before me this _28th_ day of _April_, _2005_.
_LeAnn L. Whittler_
NOTARY PUBLIC

Revised Jan 2002

"OFFICIAL SEAL"
LeANN L. WHITTLER
Notary Public, State of Illinois
My Commission Expires: 09/16/2005

(COUNTY OF LAWRENCE)

To: Peggy Chiampus

## AFFIDAVIT

I, Kenneth Brown, AFTER BEING FIRST DULY SWORN UPON MY OATH, DEPOSE AND STATE AS FOLLOWS:

The Assistant States Attorney Peggy Chiampus intentionally withheld negative DNA evidence(97CR-13458)during my trial which caused me to be wrongfully convicted. And for this unprofessionalism my 5th, 6th, and 8th Amendment Constitutional Rights were violated.

I have no other recourse but to file a 1983 in the United States District Court for violations of my 5th, 6th, and 8th Amendment Constitutional Rights.

I FURTHER DECLARE THAT ALL STATEMENTS MADE HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 21ST DAY OF April, 2005.

_Kenneth Brown_
AFFIANT

*OFFICIAL SEAL*
LeANN L. WHITTLER
Notary Public, State of Illinois
My Commission Expires: 09/16/2005